No. 11–8711.  TORRES-ROSARIO *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 11–8715.  CARR *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–8717.  MYERS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 11–8719.  HOWARD *v.* UNC HEALTHCARE SYSTEM ET AL. C. A. 4th Cir.  Certiorari denied.

No. 11–8724.  CRUZ-ARELLANES *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 11–8726.  INMAN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–8727.  FORD *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–8730.  KEARNS *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA.  C. A. 4th Cir. Certiorari denied.

No. 11–8734.  HUARD *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 11–8738.  GREENE *v.* HUMPHREY, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 11–8741.  MIRACLE *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 11–8742.  ORTIZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–8743.  LEYVA *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 11–8746.  SANTILLAN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 11–8747.  STINSON *v.* UNITED STATES; and